# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JAMES WILLIAM LONDO,

      Defendant.

)
)
)
)
)
)
)
)
)
)

3:05-cr-85-LRH-WGC

**ORDER**

Based upon the pending application and motion of the Government, and good cause appearing,

**IT IS HEREBY ORDERED** that the attorney-client privilege in 3:05-cr-85-LRH-WGC between the defendant and Mary Beth Gardner, Esq., shall be deemed waived as to all matters relating to what, if any, discussions Defendant had with Ms. Gardner with respect to any plea offers extended by the government. Ms. Gardner shall each, within 30 days of this order, provide the government with an affidavit concerning all information known by her relating to any discussions Defendant had with her with respect to any plea offers extended by the government. Further, Ms. Gardner may communicate with government counsel and provide supporting documentation regarding any discussions Defendant had with her with respect to any plea offers extended by the government.

After receiving this information, the government shall have an additional

period of time, until November 30, 2012, to respond to Defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence.

DATED this 3rd day of October, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE